JOHN ROBBINS et al., as Executors of MARY NOE, Deceased, Respondents, v. JOSEPH J. HEALY et al., Appellants.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.